1  THOMAS P. O'BRIEN
2  United States Attorney
   LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  John C. CUSKER, CSBN 148227
   Special Assistant United States Attorney
5       333 Market St., Ste. 1500
        San Francisco, Ca. 94105
6       Tel. (415) 977-8975
        FAX: (415) 744-0134
7       Email: john.cusker@ssa.gov

8  Attorneys for Defendant
   Commissioner of Social Security
9

10            UNITED STATES DISTRICT COURT
11            CENTRAL DISTRICT OF CALIFORNIA
                    WESTERN DIVISION
12

13 ADA L. BETANCOURT,          )  SACV 07-819-CAS (JWJ)
                                )
14       Plaintiff,             )  **JUDGMENT**
                                )
15    v.                        )
                                )
16 MICHAEL J. ASTRUE, Commissioner )
   of Social Security,          )
17                              )
         Defendant.             )
18                              )

19      The Court having approved the parties' Stipulation to Voluntary Remand
20 Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment
21 ("Stipulation for Remand") lodged concurrent with the lodging of the within
   Judgment of Remand.
22      **T IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
23 above-captioned action is remanded to the Commissioner of Social
24 Security for further proceedings consistent with the Stipulation for Remand.
        DATED: January 30, 2008
25

26
27                          _____
                            JEFFREY W. JOHNSON
28                          UNITED STATES MAGISTRATE JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

 /s/ - *John C. Cusker*
JOHN C. CUSKER
Special Assistant United States Attorney